UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COREY SMITH,<br>Plaintiff,<br>-against-<br>FEDERAL EXPRESS CORPORATION,<br>Defendant. | 26-CV-7633 (JGLC) |
| DAKOTA SHULTIS,<br>Plaintiff,<br>-against-<br>FEDERAL EXPRESS CORPORATION,<br>Defendant. | 26-CV-7636 (JGLC) |

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On November 20, 2026, Plaintiffs in both *Smith v. Federal Express Corporation*, No. 26-CV-7633 (JGLC) ("Smith") and *Shultis v. Federal Express Corporation*, No. 26-CV-7636 (JGLC) ("Shultis") filed a motion to stay the matter, pending resolution of a motion to consolidate or relate certain Fair Labor Standards Act ("FLSA") cases filed in this District against Defendant, by Judge Failla in *DeLeon v. Federal Express Corporation*, 26-CV-07607 (KPF). Smith, ECF No. 12; Shultis, ECF No. 12.

For the reasons stated in Plaintiffs' briefs, the Court GRANTS these motions to stay. These matters are stayed in their entirety, pending resolution of the motion to consolidate or relate. The parties are ORDERED to file a joint status report, updating the Court on the status

of these cases, no later than **seven days** after Judge Failla's resolution of the motion to consolidate or relate.

The Clerk of Court is directed to terminate ECF No. 12 in both case numbers 26-CV-7633 and 26-CV-7636. The Clerk of Court is also directed to stay both matters.

Dated: November 23, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge